1

2    **UNITED STATES DISTRICT COURT**

     **DISTRICT OF NEVADA**

3                              * * *

4    ORLANDO SCOTT MARTIN, JR.,              Case No. 3:25-CV-00361-ART-CLB

5                              Plaintiff    **ORDER TO EITHER PAY FILING FEE OR
                                            FILE COMPLETE APPLICATION TO
6        v.                                 PROCEED *IN FORMA PAUPERIS***

7    WASHOE COUNTY SHERIFF OFFICE,

8    *et. al.*,

9                              Defendants.

10

11   **I.      DISCUSSION**

12           On July 16, 2025, Plaintiff Orlando Scott Martin, Jr. ("Martin"), an inmate in the

13   custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights

14   complaint with the Court. (ECF No. 1-1.) Martin also submitted an application to proceed

15   *in forma pauperis*, (ECF No. 1), however, the application is incomplete.

16           Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to

17   begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file

18   the civil action without prepaying the full $405 filing fee. To apply for *in forma pauperis*

19   status, the inmate must submit <u>all three</u> of the following documents to the Court:

20           (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this

21           Court's approved form (i.e., pages 1 through 3 with the inmate's two signatures on

22           page 3),

23           (2) a **Financial Certificate** properly signed by both the inmate **and** a prison or jail

24           official (i.e., page 4 of this Court's approved form), and

25           (3) a copy of the **inmate's prison or jail trust fund account statement for the**

26           **previous six-month period**.

27           Because Martin's application to proceed *in forma pauperis* is incomplete, it is

28   denied, with leave to refile. The Court will grant Martin a **one-time** opportunity to file a

fully complete application to proceed *in forma pauperis* containing <u>all three</u> of the required

documents, or in the alternative, pay the full $405 filing fee for this action on or before

. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of

time.

If Martin is unable to file a fully complete application to proceed *in forma pauperis*

with all three required documents or pay the full $405 filing fee on or before **Monday,**

**September 8, 2025**, this case will be subject to dismissal <u>without prejudice</u> for Martin to

file a new case with the Court when Martin is either able to acquire all three of the

documents needed to file a fully complete application to proceed *in forma pauperis* or

pays the full $405 filing fee.

A dismissal <u>without prejudice</u> means Martin does not give up the right to refile the

case with the Court, under a new case number, when Martin has all three documents

needed to submit with an application to proceed *in forma pauperis*. Alternatively, Martin

may choose not to file an application to proceed *in forma pauperis* and instead pay the

full filing fee of $405 on or before **Monday, September 8, 2025** to proceed with this case.

## II.     CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Martin's incomplete application

to proceed *in forma pauperis*, (ECF No. 1), is **DENIED with leave to refile**.

**IT IS FURTHER ORDERED** that the Clerk of the Court will **SEND** Martin the

approved form application to proceed *in forma pauperis* by an inmate, as well as the

document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **Monday, September 8, 2025**, Martin

will either pay the full $405 filing fee for a civil action (which includes the $350 filing fee

and the $55 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this

Court's approved form (i.e., pages 1 through 3 of the form with the inmate's two

signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail

1     official (i.e., page 4 of this Court's approved form), and

2     (3) a copy of the **inmate's prison or jail trust fund account statement for the**

3     **previous six-month period**.

4     **IT IS FURTHER ORDERED** that, if Martin does not file a fully complete application

5     to proceed *in forma pauperis* with all three documents or pay the full $405 filing fee for a

6     civil action on or before **Monday, September 8, 2025**, this case will be subject to

7     dismissal <u>without prejudice</u> for Martin to refile the case with the Court, under a new case

8     number, when Martin has all three documents needed to file a complete application to

9     proceed *in forma pauperis* or pays the full $405 filing fee.

10     **IT IS SO ORDERED.**

11     **DATED**: _July 25, 2025_____

12

13     **UNITED STATES MAGISTRATE JUDGE**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28